**DISMISS; Opinion Filed May 30, 2013.**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00515-CV**

**IN RE CHRISTOPHER ROBINSON, Relator**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-1695-059**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice Lang

Relator filed this petition for writ of mandamus complaining of the trial court's order requiring relator to pay interim attorney's fees to real party in interest. The facts and issues are well known to the parties, so we need not recount them herein. On April 26, 2013, the trial court notified this Court that the order in question had been withdrawn. We therefore **DISMISS** this petition as moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding). We **LIFT** the stay imposed by our April 17, 2013 order.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE

130515F.P05